## STONE VS. SCHERZER.

**Where the record did not show that a postponement had been agreed to; the action of the Court permitting a verdict to be taken in the absence of a party and his counsel will not be reversed.**

Error to Common Pleas No. 4, of Philadelphia County. No. 354, January Term, 1880.

The allegation in the history of the case was that when the case was called for trial on Monday, February 2d, 1880, the counsel for defendant asked a postponement until the middle of the week, which was agreed to. On February 3d, 1880, the case was called by the attorney for the plaintiff and a verdict taken in the absence of the defendant and his counsel. There was nothing on the record to show these facts, which, however, did appear in an affidavit of defendant on a motion for a new trial.

*R. P. Garsed, Esq.*, for plaintiff in error.

*B. F. Wagner, Esq., contra.*

The Supreme Court affirmed the judgment of the Common Pleas on January 24th, 1881, in the following opinion,

PER CURIAM:

There is nothing on the record to sustain the allegations of the plaintiff in his history of the case in his paper book, and there is nothing, of course, upon which the specification of error can be grounded. We are bound to presume that all was right.

Judgment affirmed.